**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Harold | E | Poteete |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Rosanna | Cotnam | Poteete |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: WESTERN DISTRICT OF ARKANSAS

Case number (if known): 6:18-bk-72274

■ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property         12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.1** **America's Car-Mart, Inc.**
Creditor's Name

Describe the property that secures the claim:    $12,407.41    $5,925.00    $6,482.41

2005 Toyota Sequoia 153,000 miles 4DR LTD 4X2 8G 4.7 118.1

P.O. Box 2580
Bentonville, AR 72712
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.         **Nature of lien.** Check all that apply.
■ Debtor 1 only                ☐ An agreement you made (such as mortgage or secured car loan)
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only        ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ At least one of the debtors and another   ☐ Judgment lien from a lawsuit
☐ Check if this claim relates to a           ☐ Other (including a right to offset) _____
    community debt

Date debt was incurred   Opened 03/18  Last Active 7/22/18        Last 4 digits of account number   2188

---

**2.2** **Credit Acceptance**
Creditor's Name

Describe the property that secures the claim:    $8,560.23    $3,175.00    $5,385.23

2004 Honda Pilot 168,000 miles 4DR EX 4X4 6G 3.5 106.3

25505 W. 12 Mile Road
Ste 3000
Southfield, MI 48034
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.         **Nature of lien.** Check all that apply.
■ Debtor 1 only                ☐ An agreement you made (such as mortgage or secured car loan)
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only        ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ At least one of the debtors and another   ☐ Judgment lien from a lawsuit

---

Official Form 106D            Schedule D: Creditors Who Have Claims Secured by Property            page 1 of 2

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor 1 **Harold E Poteete**
Debtor 2 **Rosanna Cotnam Poteete**

Case number (if known) **6:18-bk-72274**

☐ Check if this claim relates to a community debt
☐ Other (including a right to offset)

Date debt was incurred: **Opened 4/23/12 Last Active 3/23/17**
Last 4 digits of account number: **5979**

### 2.3 DRI Mortgage Opportunity Fund

C/o Specialized Loan Serv. LLC
8742 Lucent Blvd., Ste 300
Littleton, CO 80129

Describe the property that secures the claim:
**2384 Mountain Pine Road Hot Springs National Park, AR 71914 Garland County 2 Acres (Debtors homestead)**

$92,547.88   $89,000.00   $3,547.88

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **Mortgage**

Date debt was incurred
Last 4 digits of account number **7294**

Add the dollar value of your entries in Column A on this page. Write that number here: **$113,515.52**
If this is the last page of your form, add the dollar value totals from all pages. Write that number here: **$113,515.52**

### Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ Name, Number, Street, City, State & Zip Code
**Acceptance Now**
Attn: Acceptancenow Customer Service / B
5501 Headquarters Dr
Plano, TX 75024

On which line in Part 1 did you enter the creditor? ___
Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**Colonial Auto Finance**
Attn: Bankruptcy
802 Se Plaza Ave, Ste 200
Bentonville, AR 72712

On which line in Part 1 did you enter the creditor? **2.1**
Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**Credit Acceptance**
25505 West 12 Mile Rd
Suite 3000
Southfield, MI 48034

On which line in Part 1 did you enter the creditor? **2.2**
Last 4 digits of account number ___

Fill in this information to identify your case:

Debtor 1: **Harold E Poteete**

Debtor 2: **Rosanna Cotnam Poteete**
(Spouse, if filing)

United States Bankruptcy Court for the: WESTERN DISTRICT OF ARKANSAS

Case number: **6:18-bk-72274**
(If known)

Check if this is:

☒ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income                                                                 12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☒ Employed<br>☐ Not employed | ☐ Employed<br>☒ Not employed |
| Occupation | Machinist | Housewife |
| Employer's name | Mountain Valley Spring Co. LLC | |
| Employer's address | 283 Mountain Valley Water Place<br>Hot Springs Village, AR 71909 | |
| How long employed there? | 6 Years | |

### Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 3,128.67 | $ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | +$ 2,802.30 | +$ 0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | $ 5,930.97 | $ 0.00 |

Official Form 106I                              Schedule I: Your Income                              page 1

Debtor 1 **Harold E Poteete**
Debtor 2 **Rosanna Cotnam Poteete**      Case number (*if known*) **6:18-bk-72274**

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 4. Copy line 4 here | $ 5,930.97 | $ 0.00 |

5. **List all payroll deductions:**

| | | | |
|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. $ 1,070.18 | $ 0.00 |
| 5b. | Mandatory contributions for retirement plans | 5b. $ 0.00 | $ 0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. $ 177.93 | $ 0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. $ 0.00 | $ 0.00 |
| 5e. | Insurance | 5e. $ 0.00 | $ 0.00 |
| 5f. | Domestic support obligations | 5f. $ 0.00 | $ 0.00 |
| 5g. | Union dues | 5g. $ 0.00 | $ 0.00 |
| 5h. | Other deductions. Specify: **401K Loan 1 (Ends 6-5-20)** | 5h.+ $ 116.42 | + $ 0.00 |
| | **401K Loan 2 (Ends 8-16-19)** | $ 97.59 | $ 0.00 |
| | **Dental Pre-Tax** | $ 37.70 | $ 0.00 |
| | **Life** | $ 83.59 | $ 0.00 |
| | **Vision Pre-Tax** | $ 16.08 | $ 0.00 |
| | **Short Term Disability** | $ 14.30 | $ 0.00 |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6. $ 1,613.79    $ 0.00

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7. $ 4,317.18    $ 0.00

8. **List all other income regularly received:**

   8a. **Net income from rental property and from operating a business, profession, or farm**
   Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.    8a. $ 0.00    $ 0.00

   8b. **Interest and dividends**    8b. $ 0.00    $ 0.00

   8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
   Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.    8c. $ 0.00    $ 0.00

   8d. **Unemployment compensation**    8d. $ 0.00    $ 0.00

   8e. **Social Security**    8e. $ 0.00    $ 0.00

   8f. **Other government assistance that you regularly receive**
   Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
   Specify:    8f. $ 0.00    $ 0.00

   8g. **Pension or retirement income**    8g. $ 0.00    $ 0.00

   8h. **Other monthly income.** Specify:    8h.+ $ 0.00    + $ 0.00

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9. $ 0.00    $ 0.00

10. **Calculate monthly income.** Add line 7 + line 9.    10. $ 4,317.18 + $ 0.00 = $ 4,317.18
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
    Specify:    11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies    12. $ 4,317.18
    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ☒ No.
    ☐ Yes. Explain: _____

Official Form 106I      Schedule I: Your Income      page 2

Fill in this information to identify your case:

Debtor 1: Harold E Poteete

Debtor 2: Rosanna Cotnam Poteete
(Spouse, if filing)

United States Bankruptcy Court for the: WESTERN DISTRICT OF ARKANSAS

Case number: 6:18-bk-72274
(If known)

Check if this is:

☑ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J
# Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.
   ☑ Yes. **Does Debtor 2 live in a separate household?**

   ☑ No
   ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**  ☐ No

   Do not list Debtor 1 and Debtor 2.  ☑ Yes. Fill out this information for each dependent.............

   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Granddaughter | 2 | ☐ No ☑ Yes |
   | Grandson | 3 | ☐ No ☑ Yes |
   | Grandson | 9 | ☐ No ☑ Yes |
   |  |  | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**  ☑ No  ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.   4. $ 0.00

   **If not included in line 4:**

   4a. Real estate taxes   4a. $ 0.00
   4b. Property, homeowner's, or renter's insurance   4b. $ 0.00
   4c. Home maintenance, repair, and upkeep expenses   4c. $ 100.00
   4d. Homeowner's association or condominium dues   4d. $ 0.00
5. **Additional mortgage payments for your residence,** such as home equity loans   5. $ 0.00

Official Form 106J                                   Schedule J: Your Expenses                                   page 1

| | | |
|---|---|---|
| Debtor 1 | **Harold E Poteete** | |
| Debtor 2 | **Rosanna Cotnam Poteete** | Case number (if known) **6:18-bk-72274** |

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | **383.14** |
| | 6b. | Water, sewer, garbage collection | 6b. $ | **75.26** |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **205.68** |
| | 6d. | Other. Specify: **Satelite** | 6d. $ | **125.00** |
| | | **Trash pickup** | $ | **15.00** |
| 7. | **Food and housekeeping supplies** | | 7. $ | **1,050.00** |
| 8. | **Childcare and children's education costs** | | 8. $ | **50.00** |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | **300.00** |
| 10. | **Personal care products and services** | | 10. $ | **150.00** |
| 11. | **Medical and dental expenses** | | 11. $ | **145.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | **300.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | **45.00** |
| 14. | **Charitable contributions and religious donations** | | 14. $ | **200.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | **0.00** |
| | 15b. | Health insurance | 15b. $ | **0.00** |
| | 15c. | Vehicle insurance | 15c. $ | **152.00** |
| | 15d. | Other insurance. Specify: | 15d. $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: **Personal Property Taxes** | | 16. $ | **40.67** |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | **0.00** |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | **0.00** |
| | 17c. | Other. Specify: | 17c. $ | **0.00** |
| | 17d. | Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. $ | **0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | | |
| | 20a. | Mortgages on other property | 20a. $ | **0.00** |
| | 20b. | Real estate taxes | 20b. $ | **0.00** |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify: **Pet Expenses** | | 21. +$ | **50.00** |
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | **3,386.75** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | | $ | **3,386.75** |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | | 23a. $ | **4,317.18** |
| | 23b. Copy your monthly expenses from line 22c above. | | 23b. -$ | **3,386.75** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | | 23c. $ | **930.43** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
    ■ No.
    ☐ Yes.   Explain here:

Official Form 106J                           Schedule J: Your Expenses                                           page 2